# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 14, 2022

## NO. 03-22-00391-CV

**Michelle Kaplowitz, Appellant**

**v.**

**Lone Star Tan GP, LLC; LST Austin I, Ltd.; and Ashley Alvillar, Appellees**

**APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the order signed by the trial court on June 27, 2022. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.